# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CION ADONIS PERALTA, | ) | CV F   03-6856 AWI SMS HC |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | [Doc. 20] |
| JEANNE WOODFORD, DIRECTOR, | ) | |
| Respondent. | ) | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On June 14, 2005, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

   On July 5, 2005, Petitioner filed timely objections to the Findings and Recommendation.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   Although the evidence supporting the hearing officer's decision was disputed, the record was not devoid of some evidence, making the

1

revocation of good-time credits without support or otherwise arbitrary.  See  <u>Superintendent v. Hill</u>, 472 U.S. 445, 455 (1985).   Habeas corpus relief is not available because the hearing officer's decision had some basis in fact.  See <u>Id</u>. at 456.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 14, 2005, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED; and
3. The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   October 14, 2005**                               **/s/ Anthony W. Ishii**
0m8i78                                                                      UNITED STATES DISTRICT JUDGE